# Exhibit A

# STATE OF WYOMING ✳ SECRETARY OF STATE
## BUSINESS DIVISION

Herschler Bldg East, Ste.100 & 101, Cheyenne, WY 82002-0020
Phone: 307-777-7311 · Website: https://sos.wyo.gov · Email: business@wyo.gov

## Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

| Name | **Kenashii, LLC** | | |
|------|------|------|------|
| **Filing ID** | **2022-001080763** | | |
| Type | Limited Liability Company | Status | Active |

## General Information

| | | | |
|---|---|---|---|
| Old Name | | Sub Status | Current |
| Fictitious Name | | Standing - Tax | Good |
| | | Standing - RA | Good |
| Sub Type | | Standing - Other | Good |
| Formed in | Wyoming | Filing Date | 02/14/2022 1:28 PM |
| Term of Duration | Perpetual | Delayed Effective Date | |
| | | Inactive Date | |

**Principal Address**

1309 Coffeen Avenue STE 1200
Sheridan, WY 82801

**Registered Agent Address**

Cloud Peak Law, LLC
1095 Sugar View Dr Ste 500
Sheridan, WY 82801

**Mailing Address**

1309 Coffeen Avenue STE 1200
Sheridan, WY 82801

## Parties

| Type | Name / Organization / Address |
|------|------|
| Organizer | Andrew Pierce  1095 Sugar View Dr STE 500, Sheridan, Wyoming, 82801 |

## Notes

| Date | Recorded By | Note |
|------|------|------|
| | | |

# Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

| | |
|---|---|
| Name | **Kenashii, LLC** |
| **Filing ID** | **2022-001080763** |

| Type | Limited Liability Company | Status | Active |
|---|---|---|---|

## Most Recent Annual Report Information

| | | | | | |
|---|---|---|---|---|---|
| Type | Original | | | AR Year | 2024 |
| License Tax | $60.00 | AR Exempt | N | AR ID | 09463534 |
| AR Date | 1/17/2024 12:33 AM | | | | |
| Web Filed | Y | | | | |

## Officers / Directors

| Type | Name / Organization / Address |
|---|---|

| **Principal Address** | **Mailing Address** |
|---|---|
| 1309 Coffeen Avenue STE 1200 | 1309 Coffeen Avenue STE 1200 |
| Sheridan, WY 82801 | Sheridan, WY 82801 |

## Annual Report History

| Num | Status | Date | Year | Tax |
|---|---|---|---|---|
| 07862374 | Original | 11/20/2022 | 2023 | $60.00 |
| 09463534 | Original | 01/17/2024 | 2024 | $60.00 |

## Amendment History

| ID | Description | Date |
|---|---|---|
| See Filing ID | Initial Filing | 02/14/2022 |