# Exhibit C

## Table of Contents

Business Summary ..................................................................................................................2
Name Variations - 1 name variations found ...........................................................................2
TINs - 0 TIN(s) found .............................................................................................................2
Executives: Current - 0 executive(s) found ...........................................................................2
Incorporation/SOS (1 active, 0 other) ....................................................................................2
OperatingLocations - Showing 2 location(s) ..........................................................................3
Sales - 0 record(s) found .......................................................................................................3
Parent Company - 0 record(s) found .....................................................................................3
Industry Information - 2 record(s) found ................................................................................3
Licenses - 0 licenses found ...................................................................................................3
URLs - 0 URLs found .............................................................................................................3
Bankruptcy (0 active, 0 closed) .............................................................................................3
Judgments/Liens (0 filings) ....................................................................................................3
UCC Filings (0 debtor, 0 creditor) .........................................................................................3
Real Property (0 current, 0 prior) ..........................................................................................3
Motor Vehicles (Showing 0 of 0) ...........................................................................................3
Watercraft (Showing 0 of 0) ...................................................................................................3
Aircraft (Showing 0 of 0) ........................................................................................................3
Executives: Prior - 0 prior executive(s) found .......................................................................4
Registered Agents - 1 registered agent(s) found ..................................................................4
Possible Employees - 0 current, 2 prior employees found ....................................................4
Person Associates - 0 other person associates found ...........................................................4
Possible Connected Business - 0 businesses found .............................................................4
Business Associates - 0 business associates found ..............................................................4
Sources - 3 record(s) found ...................................................................................................4



**1 OF 1 RECORD(S)**

# SmartLinx® Comprehensive Business Report

**Report Created:** 11-14-2024 5:04 PM EST | FOR INFORMATIONAL PURPOSES ONLY | Copyright © 2024 LexisNexis, All rights reserved.

**Search Terms -** company(Kenashii) radius(15)

| | | | |
|---|---|---|---|
| Executives - Current (0) | Incorporation/SOS (1) | Operations/Sites (2) | Sales (0) |
| Licenses (0) | URLs (0) | Real Property - Current (0) | Real Property - Prior (0) |
| MVRs - Current (0) | MVRs - Prior (0) | Watercraft - Current (0) | Watercraft - Prior (0) |
| Aircraft - Current (0) | Aircraft - Prior (0) | Bankruptcy Filings (0) | Judgments & Liens Filings (0) |
| UCC Filings (0) | Executives - Prior (0) | Registered Agents (1) | Name Variations (1) |
| Possible Employees (2) | Person Associates (0) | Business Associates (0) | TINs (0) |
| Possible Connected Business (0) | Parent Company (0) | Industry Information (1) | |
| View All Sources (3) | | | |

## Business Summary

| **Name** | **Address** | **Phone** |
|---|---|---|
| KENASHII, LLC | 1309 Coffeen Ave Ste 1200<br>Sheridan, WY 82801-5777<br>Sheridan County | 310-598-7354 |

| **LexID** | **Established** | **TIN** |
|---|---|---|
| 1388-3118-1254 | 2022<br>(2 Years in Business) | |

## At a Glance

| **Real Property** | 0 | **UCC Debtor** | 0 |
|---|---|---|---|
| **Personal Property** | 0 | **Bankruptcy** | 0 |
| **Secured Assets** | 0 | **Judgments/Liens** | 0 |
| **Executives** | 0 | **Foreclosure/Notice of Default** | 0 |

## Name Variations - 1 name variations found

| NO. | NAME |
|---|---|
| 1 | KENASHII, LLC |

## TINs - 0 TIN(s) found

### Business Profile
Executives: Current - 0 executive(s) found

## Incorporation/SOS (1 active, 0 other)

| NO. | NAME | FILING TYPE | STATUS | FILING DATE | FILING NO. | STATE |
|---|---|---|---|---|---|---|

Kenashii

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. | KENASHII, LLC | LIMITED LIABILITY CORPORATION | ACTIVE | 02/14/2022 | 2022-001080763 | WY |

*Additional Details*
Business Type: LIMITED LIABILITY CORPORATION
Business Status: ACTIVE
Filing Type: FILING
Expiration: PERPETUAL
For Profit: Unknown
Foreign/Domestic: Domestic
Origin: State of WY

## OperatingLocations - Showing 2 location(s)

| NO. | ADDRESS | METRO AREA | PHONE |
|---|---|---|---|
| 1. | 1309 Coffeen Ave Ste 1200 Sheridan, WY 82801-5777 Sheridan County | SHERIDAN COUNTY | 310-598-7354 |
| 2. | 1095 Sugarview Dr Ste 500 Sheridan, WY 82801-5386 Sheridan County | SHERIDAN COUNTY | |

## Sales - 0 record(s) found

## Parent Company - 0 record(s) found

## Industry Information - 2 record(s) found

| SIC | | NAIC |
|---|---|---|
| 2844 | Toilet Preparations | No NAIC information available |

Industry Description: DEPILATORIES (COSMETIC)
Business Description:

## Licenses - 0 licenses found

## URLs - 0 URLs found

## Bankruptcy (0 active, 0 closed)

## Judgments/Liens (0 filings)

## UCC Filings (0 debtor, 0 creditor)

## Real Property (0 current, 0 prior)

**Personal Property (0 current, 0 prior)**
Motor Vehicles (Showing 0 of 0)
Watercraft (Showing 0 of 0)
Aircraft (Showing 0 of 0)

**Associates**

Kenashii

Executives: Prior - 0 prior executive(s) found

## Registered Agents - 1 registered agent(s) found

| NO. | NAME | ADDRESS | STATE | DATE(S) |
|-----|------|---------|-------|---------|
| 1. | CLOUD PEAK LAW, LLC | 1095 Sugarview Dr Ste 500 Sheridan, WY 82801-5386 | Wyoming | 02/14/2022 - 10/25/2024 |

## Possible Employees - 0 current, 2 prior employees found

| NO. | NAME | ADDRESS | STATUS | DATE(S) |
|-----|------|---------|--------|---------|
| 1. | Jones, Samuel | 1309 Coffeen Ave Ste 1200 Sheridan, WY 82801-5777 | Prior | |
| 2. | Pierce, Andrew MANAGER | 1309 Coffeen Ave Ste 1200 Sheridan, WY 82801-5777 | Prior | |

## Person Associates - 0 other person associates found

## Possible Connected Business - 0 businesses found

## Business Associates - 0 business associates found

## Sources - 3 record(s) found

| | |
|---|---|
| All Sources | 3 Source Documents |
| Corporate Filings | 1 Source Documents |
| Other Directories | 1 Source Documents |
| Experian | 1 Source Documents |

Key

⚠ High Risk Indicator. These symbols may prompt you to investigate further.

🔑 Moderate Risk Indicator. These symbols may prompt you to investigate further.

🔑 General Information Indicator. These symbols inform you that additional information is provided.

✔ The most recent telephone listing as reported by Electronic Directory Assistance.

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

**FCRA:** The data provided to you by use of this product may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment or other purposes identified under the Fair Credit Reporting Act (FCRA).

Your DPPA Permissible Use: Litigation
Your Secondary DPPA Permissible Use: None
Your GLBA Permissible Use: Persons with a Legal or Beneficial Interest Regarding a Consumer

Copyright © 2024 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

Kenashii

---

**End of Document**