# Exhibit D

ALEXANDER MUCCI      Plaintiff

vs.

AMAZON.COM, INC., ET AL      Defendant

**Person to be served** (Name & Address):
AMAZON.COM, INC.
C/O CORPORATION SERVICE COMPANY
PRINCETON SOUTH CORPORATE CENTER, 100 CHARLES
EWING BLVD., SUITE 160
EWING, NJ 08628

**Attorney:**
Christopher P. Gargano, Esq.

Superior Court of New Jersey
Law Division
Hudson County
Docket Number: HUD-L-003532-24

## AFFIDAVIT OF SERVICE

(For Use by Private Service)



STS2024061551

Cost of Service pursuant to R. 4:4-3(c)

$_____

**Papers Served:** Summons, Complaint, Demand for Answers to Form C and Form C2 Interrogatories, Demand For Discovery, Certification, Supplemental Interrogatories, Demand For Insurance Information, CIS and Lawyers Referral List

**Service Data:**

Served Successfully __X__    Not Served_____    Date: _11/11/2024_    Time: _9:31 am_      Attempts:_____

_____ Delivered a copy to him / her personally

_____ Left a copy with a competent household member over 14 years of age residing therein

___X___ Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of Person Served and relationship / title:

_Yvonne Hudson_____

_Registered Agent/Managing Agent RA Office_

**Description of Person Accepting Service:**

Sex: _F_    Age: _51_    Height: _5'8"_    Weight: _200_    Skin Color: _Brown_____    Hair Color: _Black_____

**Comments or Remarks:**

**Server Data:**

To Be Used Where Electronic Signature Not Available
Served Data: Subscribed and Sworn to before me on _____2024 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

HelloSign Approved E-Signature

I, Sharon McCabe Villa, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____     11 / 11 / 2024
Signature of Process Server      Date

STATUS, L.L.C.
PO Box 370
Bayville, NJ 08721
(908) 688-1414
Our Job Serial Number: STS-2024061551

Doc ID: 68bd8210995a4ce0d32a0ce14f44da76bbd5ffad

| ALEXANDER MUCCI | Plaintiff | Superior Court of New Jersey |
| vs. | | Law Division |
| AMAZON.COM, INC., ET AL | Defendant | Hudson County |
| | | Docket Number: HUD-L-003532-24 |

**Person to be served** (Name & Address):
AMAZON.COM FULFILLMENT SERVICES, INC.
C/O CORPORATION SERVICE COMPANY
PRINCETON SOUTH CORPORATE CENTER, 100 CHARLES
EWING BLVD., SUITE 160
EWING, NJ 08628

**Attorney:**
Christopher P. Gargano, Esq.

## AFFIDAVIT OF SERVICE

(For Use by Private Service)



STS2024061560

Cost of Service pursuant to R. 4:4-3(c)

$_____

**Papers Served:** Summons, Complaint, Demand for Answers to Form C and Form C2 Interrogatories, Demand For Discovery, Certification, Supplemental Interrogatories, Demand For Insurance Information, CIS and Lawyers Referral List

**Service Data:**

Served Successfully __X__     Not Served_____     Date: 11/11/2024_____     Time: 9:31 am_____     Attempts:_____

_____ Delivered a copy to him / her personally

_____ Left a copy with a competent household member over 14 years of age residing therein

__X__ Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of Person Served and relationship / title:

Yvonne Hudson_____

Registered Agent/Managing Agent RA Office_____

**Description of Person Accepting Service:**

Sex: F_____   Age: 51_____   Height: 5'8"_____   Weight: 200_____   Skin Color: Brown_____   Hair Color: Black_____

**Comments or Remarks:**

**Server Data:**

To Be Used Where Electronic Signature Not Available
Served Data: Subscribed and Sworn to before me on
_____2024 by the affiant who is personally known to
me.

_____
NOTARY PUBLIC

HelloSign Approved E-Signature

I, Sharon McCabe Villa, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____     11 / 11 / 2024
Signature of Process Server                    Date

STATUS, L.L.C.
PO Box 370
Bayville, NJ 08721
(908) 688-1414
Our Job Serial Number: STS-2024061560

Doc ID: 178221c54ecb9f6804e4b0ff84f3eff6861a9d3d

ALEXANDER MUCCI       Plaintiff
         vs.
AMAZON.COM, INC., ET AL      Defendant

**Person to be served** (Name & Address):
AMAZON.COM FULFILLMENT SERVICES, INC.
C/O CORPORATION SERVICE COMPANY
PRINCETON SOUTH CORPORATE CENTER, 100 CHARLES
EWING BLVD., SUITE 160
EWING, NJ 08628

**Attorney:**
Christopher P. Gargano, Esq.

Superior Court of New Jersey
Law Division
Hudson County
Docket Number: HUD-L-003532-24

## AFFIDAVIT OF SERVICE

(For Use by Private Service)



STS2024061560

Cost of Service pursuant to R. 4:4-3(c)

$_____

**Papers Served:** Summons, Complaint, Demand for Answers to Form C and Form C2 Interrogatories, Demand For Discovery, Certification, Supplemental Interrogatories, Demand For Insurance Information, CIS and Lawyers Referral List

**Service Data:**

Served Successfully __X__    Not Served_____    Date: 11/11/2024    Time: 9:31 am    Attempts:_____

_____ Delivered a copy to him / her personally

_____ Left a copy with a competent household member over 14 years of age residing therein

__X__ Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of Person Served and relationship / title:

Yvonne Hudson

Registered Agent/Managing Agent RA Office

**Description of Person Accepting Service:**

Sex: F    Age: 51    Height: 5'8"    Weight: 200    Skin Color: Brown    Hair Color: Black

**Comments or Remarks:**

**Server Data:**

To Be Used Where Electronic Signature Not Available
Served Data: Subscribed and Sworn to before me on
_____2024 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

HelloSign Approved E-Signature

I, Sharon McCabe Villa, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_Signature_       11 / 11 / 2024
_____
Signature of Process Server      Date

STATUS, L.L.C.
PO Box 370
Bayville, NJ 08721
(908) 688-1414
Our Job Serial Number: STS-2024061560

Doc ID: 178221c54ecb9f6804e4b0ff84f3eff6861a9d3d

ALEXANDER MUCCI        Plaintiff

vs.

AMAZON.COM, INC., ET AL        Defendant

**Person to be served** (Name & Address):
AMAZON.COM SERVICES, INC.
C/O CORPORATION SERVICE COMPANY
PRINCETON SOUTH CORPORATE CENTER, 100 CHARLES
EWING BLVD., SUITE 160
EWING, NJ 08628

**Attorney:**
Christopher P. Gargano, Esq.

Superior Court of New Jersey
Law Division
Hudson County
Docket Number: HUD-L-003532-24

## AFFIDAVIT OF SERVICE

(For Use by Private Service)



STS2024061557

Cost of Service pursuant to R. 4:4-3(c)

$_____

**Papers Served:**  Summons, Complaint, Demand for Answers to Form C and Form C2 Interrogatories, Demand For Discovery, Certification, Supplemental Interrogatories, Demand For Insurance Information, CIS and Lawyers Referral List

**Service Data:**

Served Successfully **X**    Not Served_____    Date: 11/11/2024    Time: 9:31 am    Attempts:_____

_____ Delivered a copy to him / her personally

_____ Left a copy with a competent household member over 14 years of age residing therein

**X** Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of Person Served and relationship / title:

Yvonne Hudson_____

Registered Agent/Managing Agent RA Office_____

**Description of Person Accepting Service:**

Sex: F    Age: 51    Height: 5'8"    Weight: 200    Skin Color: Brown    Hair Color: Black

**Comments or Remarks:**

**Server Data:**

To Be Used Where Electronic Signature Not Available
Served Data: Subscribed and Sworn to before me on
_____2024 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

HelloSign Approved E-Signature

I, Sharon McCabe Villa, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____    11 / 11 / 2024
Signature of Process Server    Date

STATUS, L.L.C.
PO Box 370
Bayville, NJ 08721
(908) 688-1414
Our Job Serial Number: STS-2024061557

Doc ID: 5833fc2e7740ad56cdf99017c0ebd26c232048d0

ALEXANDER MUCCI            Plaintiff
          vs.
AMAZON.COM, INC., ET AL     Defendant

Superior Court of New Jersey
Law Division
Hudson County
Docket Number: HUD-L-003532-24

**Person to be served** (Name & Address):
AMAZON.COM LLC
C/O CORPORATION SERVICE COMPANY
PRINCETON SOUTH CORPORATE CENTER, 100 CHARLES
EWING BLVD., SUITE 160
EWING, NJ 08628

**Attorney:**
Christopher P. Gargano, Esq.

## AFFIDAVIT OF SERVICE

(For Use by Private Service)



STS2024061555

Cost of Service pursuant to R. 4:4-3(c)

$_____

**Papers Served:** Summons, Complaint, Demand for Answers to Form C and Form C2 Interrogatories, Demand For Discovery, Certification, Supplemental Interrogatories, Demand For Insurance Information, CIS and Lawyers Referral List

**Service Data:**

Served Successfully__X___   Not Served_____   Date: 11/11/2024    Time: 9:31 am    Attempts:_____

_____   Delivered a copy to him / her personally

_____   Left a copy with a competent household member over 14 years of age residing therein

____X____   Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of Person Served and relationship / title:

Yvonne Hudson

Registered Agent/Managing Agent RA Office

**Description of Person Accepting Service:**

Sex: F ___   Age: 51 ___   Height: 5'8" ___   Weight: 200 ___   Skin Color: Brown _____   Hair Color: Black _____

**Comments or Remarks:**

**Server Data:**

To Be Used Where Electronic Signature Not Available
Served Data: Subscribed and Sworn to before me on
_____2024 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

HelloSign Approved E-Signature

I, Sharon McCabe Villa, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____     11 / 11 / 2024
Signature of Process Server              Date

STATUS, L.L.C.
PO Box 370
Bayville, NJ 08721
(908) 688-1414
Our Job Serial Number: STS-2024061555

Doc ID: bb276a06df0b515625287d7c72c43f33ef28c79d

ALEXANDER MUCCI       Plaintiff
vs.
AMAZON.COM, INC., ET AL      Defendant

**Person to be served** (Name & Address):
AMAZON.COM DISTRIBUTION CENTER
C/O CORPORATION SERVICE COMPANY
PRINCETON SOUTH CORPORATE CENTER, 100 CHARLES
EWING BLVD., SUITE 160
EWING, NJ 08628

**Attorney:**
Christopher P. Gargano, Esq.

Superior Court of New Jersey
Law Division
Hudson County
Docket Number: HUD-L-003532-24

## AFFIDAVIT OF SERVICE

(For Use by Private Service)



STS2024061561

Cost of Service pursuant to R. 4:4-3(c)

$_____

**Papers Served:** Summons, Complaint, Demand for Answers to Form C and Form C2 Interrogatories, Demand For Discovery, Certification, Supplemental Interrogatories, Demand For Insurance Information, CIS and Lawyers Referral List

**Service Data:**

Served Successfully __X__    Not Served_____    Date: 11/11/2024    Time: 9:31 am    Attempts:_____

_____ Delivered a copy to him / her personally

_____ Left a copy with a competent household member over 14 years of age residing therein

__X__ Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of Person Served and relationship / title:

Yvonne Hudson_____

Registered Agent/Managing Agent RA Office_____

**Description of Person Accepting Service:**

Sex: F____    Age: 51____    Height: 5'8"____    Weight: 200____    Skin Color: Brown_____    Hair Color: Black_____

**Comments or Remarks:**

**Server Data:**

To Be Used Where Electronic Signature Not Available
Served Data: Subscribed and Sworn to before me on
_____2024 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

HelloSign Approved E-Signature

I, Sharon McCabe Villa, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____    11 / 11 / 2024
Signature of Process Server       Date

STATUS, L.L.C.
PO Box 370
Bayville, NJ 08721
(908) 688-1414
Our Job Serial Number: STS-2024061561

Doc ID: b6ae317c795e2cbce38c3b2185a20ee64108e9df

| ALEXANDER MUCCI | Plaintiff | Superior Court of New Jersey |
| vs. | | Law Division |
| AMAZON.COM, INC., ET AL | Defendant | Hudson County |
| | | Docket Number: HUD-L-003532-24 |

**Person to be served** (Name & Address):
AMAZON.COM, INC.
C/O CORPORATION SERVICE COMPANY
PRINCETON SOUTH CORPORATE CENTER, 100 CHARLES
EWING BLVD., SUITE 160
EWING, NJ 08628

**Attorney:**
Christopher P. Gargano, Esq.

## AFFIDAVIT OF SERVICE

(For Use by Private Service)

STS2024061551

Cost of Service pursuant to R. 4:4-3(c)

$_____

**Papers Served:** Summons, Complaint, Demand for Answers to Form C and Form C2 Interrogatories, Demand For Discovery, Certification, Supplemental Interrogatories, Demand For Insurance Information, CIS and Lawyers Referral List

**Service Data:**

Served Successfully __X__     Not Served_____     Date: 11/11/2024     Time: 9:31 am     Attempts:_____

_____ Delivered a copy to him / her personally

_____ Left a copy with a competent household member over 14 years of age residing therein

___X___ Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of Person Served and relationship / title:

Yvonne Hudson_____

Registered Agent/Managing Agent RA Office

**Description of Person Accepting Service:**

Sex: F____   Age: 51____   Height: 5'8"____   Weight: 200____   Skin Color: Brown_____   Hair Color: Black_____

**Comments or Remarks:**

**Server Data:**

To Be Used Where Electronic Signature Not Available
Served Data: Subscribed and Sworn to before me on
_____2024 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

HelloSign Approved E-Signature

I, Sharon McCabe Villa, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____     11 / 11 / 2024
Signature of Process Server     Date

STATUS, L.L.C.
PO Box 370
Bayville, NJ 08721
(908) 688-1414
Our Job Serial Number: STS-2024061551

Doc ID: 68bd8210995a4ce0d32a0ce14f44da76bbd5ffad

ALEXANDER MUCCI        Plaintiff

vs.

AMAZON.COM, INC., ET AL       Defendant

**Person to be served** (Name & Address):
AMAZON.COM
C/O CORPORATION SERVICE COMPANY
PRINCETON SOUTH CORPORATE CENTER, 100 CHARLES
EWING BLVD., SUITE 160
EWING, NJ 08628

**Attorney:**
Christopher P. Gargano, Esq.

Superior Court of New Jersey
Law Division
Hudson County
Docket Number: HUD-L-003532-24

## AFFIDAVIT OF SERVICE

(For Use by Private Service)

STS2024061553

Cost of Service pursuant to R. 4:4-3(c)

$_____

**Papers Served:** Summons, Complaint, Demand for Answers to Form C and Form C2 Interrogatories, Demand For Discovery, Certification, Supplemental Interrogatories, Demand For Insurance Information, CIS and Lawyers Referral List

**Service Data:**

Served Successfully **X**    Not Served_____    Date: 11/11/2024    Time: 9:31 am    Attempts:_____

_____ Delivered a copy to him / her personally

_____ Left a copy with a competent household member over 14 years of age residing therein

**X**   Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of Person Served and relationship / title:

Yvonne Hudson_____

Registered Agent/Managing Agent RA Office_____

**Description of Person Accepting Service:**

Sex: F____   Age: 51____   Height: 5'8"____   Weight: 200____   Skin Color: Brown_____   Hair Color: Black_____

**Comments or Remarks:**

**Server Data:**

To Be Used Where Electronic Signature Not Available
Served Data: Subscribed and Sworn to before me on
_____2024 by the affiant who is personally known to
me.

_____
NOTARY PUBLIC

HelloSign Approved E-Signature

I, Sharon McCabe Villa, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____    11 / 11 / 2024
Signature of Process Server      Date

STATUS, L.L.C.
PO Box 370
Bayville, NJ 08721
(908) 688-1414
Our Job Serial Number: STS-2024061553

Doc ID: 3cabbe93aa83a029fd7b5b6e96502f383f60929c

ALEXANDER MUCCI                     Plaintiff
                vs.
AMAZON.COM, INC., ET AL             Defendant

**Person to be served (Name & Address):**
AMAZON.COM SERVICES LLC.
C/O CORPORATION SERVICE COMPANY
PRINCETON SOUTH CORPORATE CENTER, 100 CHARLES
EWING BLVD., SUITE 160
EWING, NJ 08628

**Attorney:**
Christopher P. Gargano, Esq.

Superior Court of New Jersey
Law Division
Hudson County
Docket Number: HUD-L-003532-24

## AFFIDAVIT OF SERVICE

(For Use by Private Service)



STS2024061558

Cost of Service pursuant to R. 4:4-3(c)

$_____

**Papers Served:** Summons, Complaint, Demand for Answers to Form C and Form C2 Interrogatories, Demand For Discovery, Certification, Supplemental Interrogatories, Demand For Insurance Information, CIS and Lawyers Referral List

**Service Data:**

Served Successfully __X__      Not Served_____      Date: 11/11/2024      Time: 9:31 am      Attempts:_____

_____  Delivered a copy to him / her personally

_____  Left a copy with a competent household
            member over 14 years of age residing
            therein

___X___     Left a copy with a person authorized to
            accept service, e.g. managing agent,
            registered agent, etc.

Name of Person Served and relationship / title:

Yvonne Hudson_____

Registered Agent/Managing Agent RA Office_____

**Description of Person Accepting Service:**

Sex: F____   Age: 51____   Height: 5'8"____   Weight: 200____   Skin Color: Brown_____   Hair Color: Black_____

**Comments or Remarks:**

**Server Data:**

To Be Used Where Electronic Signature Not Available
Served Data: Subscribed and Sworn to before me on
_____2024 by the affiant who is personally known to
me.

_____
NOTARY PUBLIC

HelloSign Approved E-Signature

I, Sharon McCabe Villa, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____      11 / 11 / 2024
Signature of Process Server          Date

STATUS, L.L.C.
PO Box 370
Bayville, NJ 08721
(908) 688-1414
Our Job Serial Number: STS-2024061558

Doc ID: 229a720b75ff0b2bf41c8db4c556be25955c943d

| ALEXANDER MUCCI | Plaintiff |
| vs. | |
| AMAZON.COM, INC., ET AL | Defendant |

Superior Court of New Jersey
Law Division
Hudson County
Docket Number: HUD-L-003532-24

**Person to be served** (Name & Address):
AMAZON.COM FULFILLMENT SERVICES, INC.
C/O CORPORATION SERVICE COMPANY
PRINCETON SOUTH CORPORATE CENTER, 100 CHARLES
EWING BLVD., SUITE 160
EWING, NJ 08628

**Attorney:**
Christopher P. Gargano, Esq.

## AFFIDAVIT OF SERVICE

(For Use by Private Service)



STS2024061560

Cost of Service pursuant to R. 4:4-3(c)

$_____

**Papers Served:** Summons, Complaint, Demand for Answers to Form C and Form C2 Interrogatories, Demand For Discovery, Certification, Supplemental Interrogatories, Demand For Insurance Information, CIS and Lawyers Referral List

**Service Data:**

Served Successfully __X__   Not Served_____   Date: 11/11/2024   Time: 9:31 am   Attempts:_____

_____   Delivered a copy to him / her personally

_____   Left a copy with a competent household member over 14 years of age residing therein

__X__   Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of Person Served and relationship / title:

Yvonne Hudson_____

Registered Agent/Managing Agent RA Office_____

**Description of Person Accepting Service:**

Sex: F___   Age: 51___   Height: 5'8"___   Weight: 200___   Skin Color: Brown_____   Hair Color: Black_____

**Comments or Remarks:**

**Server Data:**

To Be Used Where Electronic Signature Not Available
Served Data: Subscribed and Sworn to before me on _____2024 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

HelloSign Approved E-Signature

I, Sharon McCabe Villa, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____   11 / 11 / 2024
Signature of Process Server   Date

STATUS, L.L.C.
PO Box 370
Bayville, NJ 08721
(908) 688-1414
Our Job Serial Number: STS-2024061560

Doc ID: 178221c54ecb9f6804e4b0ff84f3eff6861a9d3d